**Electronically Filed
Supreme Court
SCWC-20-0000175
12-OCT-2022
01:28 PM
Dkt. 17 OGAC**

SCWC-20-0000175

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BRANDON FETU LAFOGA,
Defendant,

and

RANIER INES, also known as Schizo,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000175; CASE NO. 1PC161001176)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The court accepts Petitioner/Defendant-Appellant Ranier Ines's Application for Writ of Certiorari filed on August 18, 2022.

Under Hawaiʻi Rules of Appellate Procedure Rule 40.1, this court "may limit the question on review." Here, we limit the question on review to questions presented numbers I and III of Petitioner's application for writ of certiorari.

Oral argument will be scheduled.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, October 12, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

